Memorandum Decisions.

James M. Graham, as Administrator of the Estate of George Graham, Deceased, Appellant, vs. Edwin A. Neff as Administrator of the Estate of George H. Neff, Deceased, and Carlin & Fulton, Appellees.

### DIVISION B.

Appeal from the Circuit Court, Alachua county; William A. Hocker, Judge.

*Horatio Davis* and *Evans Haile,* for Appellant.

*W. W. Hampton,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There were decrees for the defendants, and the complainant appeals. The decrees are affirmed.

Decision Per Curiam.

---

Henry C. Groves, Plaintiff in Error, vs. James W. Tufts, Defendant in Error.

### DIVISION B.

Writ of error to Circuit Court, Marion county; W. S. Bullock, Referee.

*L. N. Green,* for Plaintiff in Error.

S. C 43

*R. McConathy* and *W. W. Hampton,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. T' judgment is affirmed.

Decision Per Curiam.

Edward R. Gunby, as Assignee for the benefit of A. H. Hayden, Plaintiff in Error, vs. George D. Sweetser, John H. Sweetser, Theodore K. Pembroke, Joseph H. Bumstead, George L. Putnam and Howard P. Sweetser, copartners doing business under the firm name of Sweetser, Pembroke & Company, Defendants in Error.

## DIVISION A.

Writ of error to Circuit Court, Hillsborough county; W. A. Carter, Referee.

*C. C. Whitaker,* for Plaintiff in Error.

*F. M. Simonton,* for Defendant in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.